Official Website of the Department of Homeland Security



Report Cri

Main Menu

# Search Results: 1

**LAKHWINDER SINGH**

**Country of Birth :** India
**A-Number:** 205586500
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility**: BROOKLYN MDC

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

## Related Information

## Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links



Bureau of Prisons Inmate
Locator

[DHS.gov](#)[USA.gov](#)[OIG](#)[OpenFOIA](#)[Metrics](#) [No Fear Gov Act](#) [Site Map](#) [Site Policies & Plug-Ins](#)