IMMIGRATION COURT
26 FEDERAL PLZ, 12TH FL RM1237
NEW YORK, NY  10278

In the Matter of

                                 Case No.: A205-586-500

SINGH, LAKHWINDER
    Respondent                    IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on ___*May 29, 2019.*___
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ✓ ]  The respondent was ordered removed from the United States to *INDIA*
      or in the alternative to INDIA.

[ ]  Respondent's application for voluntary departure was denied and
      respondent was ordered removed to  or in the
      alternative to INDIA.

[ ]  Respondent's application for voluntary departure was granted until
      upon posting a bond in the amount of $ _____
      with an alternate order of removal to .

Respondent's application for:

[ ✓ ]  Asylum was ( )granted  ( ✓ )denied( )withdrawn.

[ ✓ ]  Withholding of removal was ( )granted ( ✓ )denied  ( )withdrawn.

[ ]  A Waiver under Section ____ was ( )granted ( )denied ( )withdrawn.

[ ]  Cancellation of removal under section 240A(a) was ( )granted  ( )denied
      ( )withdrawn.

Respondent's application for:

[ ]  Cancellation under section 240A(b)(1) was ( ) granted  ( ) denied
      ( ) withdrawn.  If granted, it is ordered that the respondent be issued
      all appropriate documents necessary to give effect to this order.

[ ]  Cancellation under section 240A(b) (2) was  ( )granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.

[ ]  Adjustment of Status under Section ____ was  ( )granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.

[ ✓ ]  Respondent's application of ( ✓ )withholding of removal  ( ) deferral of
      removal under Article III of the Convention Against Torture was
      ( ) granted ( ✓ )denied ( ) withdrawn.

[ ]  Respondent's status was rescinded under section 246.

[ ]  Respondent is admitted to the United States as a _____ until _____.

[ ]  As a condition of admission, respondent is to post a $ _____ bond.

[ ]  Respondent knowingly filed a frivolous asylum application after proper
      notice.

[ ]  Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.

[ ]  Proceedings were terminated.

[ ]  Other: _____

    Date:  May 29, 2019

                                          BRIGITTE LAFOREST
                                          Immigration Judge

Appeal: Waived/Reserved  )Appeal Due By: 6/28/2019

ALIEN NUMBER: 205-586-500        NAME: SINGH, LAKHWINDER

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP   [ ] DHS
DATE:  5/29/2017  BY: COURT STAFF
      Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Q6